dismissed unless records and briefs are filed and served on or before February 28, 1962.

■ (A) In the Matter of HERBERT SHAFER. (B) In the Matter of the BAPTIST TEMPLE et al., Respondents, v. F. ALTON FRASCH et al., Appellants. (C) In the Matter of WILLIAM A. WELSTED & SON. KRONENBERG'S, INC. (D) In the Matter of the Intermediate Accounting of SECURITY TRUST CO., as Trustee of Trust Executed by CHARLES M. THOMS and Others (8 Proceedings). (E) In the Matter of JOHN J. BELMONT, Respondent, v. H. ELIOT KAPLAN et al., as Commissioners of New York State Department of Civil Service, Appellants. (F) In the Matter of the Probate of the Will of GEORGE KLEIN, Deceased. — [In each case] Appeal dismissed unless records and briefs are filed and served on or before March 5, 1962.

■ MARSHALL F. DUNN et al., Respondents, v. NIAGARA PLASTIC MOLDS, INC., Appellant.— Motion for a stay denied.

■ DAVID J. ELMER, Appellant, v. JOHN B. BYRD et al., Respondents.— Motion to dismiss appeal denied.

■ EDWIN A. URBAN, Appellant, v. BETTY W. URBAN, Respondent.— Motion granted and order dismissing appeal vacated.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBUR ANDERSON, Appellant.— Motion to dismiss appeal denied. Motion granted to appeal on original record, typed briefs; John J. Olszewski, Esq., assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and time for filing respondent's brief extended to March 5, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and appeal from order of Erie County Court entered September 22, 1961 granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY W. ODDY, Appellant..— Motion granted and time for argument of appeal enlarged to include March 1962 Term.

## (March 29, 1962)

(For balance of decisions of March 29, 1962, see *post,* pp. 991–996.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED McDONALD, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROBINSON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN CELESTE, Defendant.— Motion granted and Louis C. Zannieri, Esq. substituted as attorney for defendant in place and stead of Albert E. Hollis, Esq.

■ (A) CHURCHILL MOTOR, INC., Respondent, v. A. C. LOHMAN, INC., Appellant. (March 30, 1962, brief only.) (B) In the Matter of LEONARD J. HILL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (April 11, 1962.) (C) In the Matter of LEO T. NOONAN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (April 11, 1962.) — Motion granted to appeal on typed papers. (D) RUSHER FORD SALES, INC., Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant. (April 16, 1962.) (E) GEORGINE B. HAIRSTON, Respondent, v. RICHARD HAIR-